# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:06cr40/RV

CHARLES PRESIDENT

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   June 19, 2006

Motion/Pleadings:  EXPEDITED MOTION for permission to travel to attend child support hearing presently scheduled for June 22, 2006, at 11:00 a.m. in Charleston, South Carolina

Filed by   Defendant   on 06/16/2006   Doc.#   13

RESPONSES:

                                                on                 Doc.#

                                                on                 Doc.#

_____ Stipulated     _____ Joint Pldg.

  XX   Unopposed    _____ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                s/Jerry Marbut

LC (1 OR 2)                           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   19th day of June, 2006, that:*

*(a) The relief requested is GRANTED.*

*(b)* _____

                                                /s/ *Roger Vinson*

                                                *ROGER VINSON*
                                      *Senior United States District Judge*