**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

  VS                  CASE NO.  3:06cr40/RV

CHARLES L. PRESIDENT

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   October 12, 2006
Motion/Pleadings:  MOTION to reduce sentence

Filed by  Defendant         on 10/05/2006    Doc.#   25
RESPONSES:
 United States          on 10/06/2006    Doc.#   26
                        on                Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

           s/Jerry Marbut
LC (1 OR 2)      Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  17th day of October, 2006, that:*
*(a) The relief requested is DENIED.*
*(b) _____*

           /s/ *Roger Vinson*
           *ROGER VINSON*
           *Senior United States District Judge*